**2006–0641.   Leisky v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Jeremy Leisky. Sua sponte, cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0650.   Strubing v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Jackson D. Strubing Jr. Sua sponte, cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0660.   Hall v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Jerome Hall. Sua sponte, cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0661.   St. John v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of William St. John. Sua sponte, cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0662.   Hood v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Robert Hood. Sua sponte, cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2002–2241.   State v. Monroe.**
Franklin C.P. No. 01CR04–2118. On application for reopening under S.Ct.Prac.R. XI(6). Application denied.